UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>NICOLE LAURA ALEXIS LAWTONE-BOWLES,<br><br>     Debtor-Appellant. | No. 26-CV-2699 (KMK)<br><br>ORDER OF DISMISSAL |

KENNETH M. KARAS, District Judge:

 On February 19, 2026, Petitioner Nicole Laura Alexis Lawtone-Bowles ("Petitioner") filed a Notice of Appeal from the U.S. Bankruptcy Court's judgment in Bankruptcy Case 25-B-35655.  (*See* Notice of Appeal (Dkt. No. 1).)  On April 1, 2026, the Action was forwarded to this Court for possible dismissal.  (*Id.*)

 A review of the docket shows that Petitioner has failed to file the Designation of Items to be Included in the Record as required by Federal Rule of Bankruptcy Procedure 8009.  Because Petitioner has failed to file the requisite paperwork, the appeal is deemed abandoned, and is therefore dismissed.  The Clerk of Court is respectfully requested to close the case.

SO ORDERED.

DATED:  April 2, 2026
     White Plains, New York

                KENNETH M. KARAS
                UNITED STATES DISTRICT JUDGE