UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

NICOLE LAURA ALEXIS LAWTONE-
BOWLES,

Debtor-Appellant

No. 26-CV-2699 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

On February 19, 2026, Petitioner Nicole Laure Alexis Lawtone-Bowles ("Petitioner")

filed a Notice of Appeal from the U.S. Bankruptcy Court's judgment in Bankruptcy Case 25-B-

35655. (*See* Notice of Appeal (Dkt. No. 1).) On April 1, 2026, the Action was forwarded to this

Court, (*id.*), and an Order of Dismissal was entered on April 2, 2026, (*see* Order of Dismissal

(Dkt. No. 3)). On April 3, 2026, Petitioner filed a Motion requesting the Court reopen the case

and requesting the Court permit her to file a Designation of Record and Statement of Issues

pursuant to Federal Rule of Bankruptcy Procedure 8009. (*See* Mot. (Dkt. No. 4).)

Petitioner, who is proceeding pro se, explained that she was unaware of the procedural

requirements of Rule 8009 until the Court entered its Order of Dismissal. (*Id.* at 1–2.) In light of

the substantial leeway courts are directed to give pro se litigants, the Court grants Plaintiff's

request.

Petitioner shall file her Designation of Record and Statement of Issues by no later than May 6, 2026.  The Clerk of Court is respectfully directed to re-open the case and close the pending Motion at Dkt. No. 4.

SO ORDERED.

DATED:        April 6, 2026
              White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

2